# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-01010-SVW-AGR | Date | June 8, 2017 |
|---|---|---|---|
| Title | Gethang J. Takawo, Jr. et al v. Bank of America, N.A et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      IN CHAMBERS ORDER DISMISSING ACTION


The Court, on May 2, 2017, issued an order [34] granting plaintiffs leave to amend the complaint, within 21 days of the order. To date, plaintiffs have failed to comply with the Court's order and amend their complaint. Therefore, the matter is dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |